

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00110-CV

## IN THE INTEREST OF
## S.M.J. & S.M.J., CHILDREN

**From the 82nd District Court
Robertson County, Texas
Trial Court No. 20-11-21139-CV**

## MEMORANDUM OPINION

Appellant Lacey Jones, Jr. filed a pro se notice of appeal on May 21, 2021. The docketing statement was not received. *See* TEX. R. APP. P. 32.1. On July 8, 2021, we sent a letter explaining that the docketing statement must be filed and warning that the Court would dismiss the appeal if a docketing statement was not filed within twenty-one (21) days. *See id*. at R. 42.3(c).

More than twenty-one days have passed, and we have not received the docketing statement. Accordingly, we dismiss this appeal. *See id*. at R. 32.1, 42.3(c); *see also Cornett v. Williams*, No. 10-19-00141-CV, 2019 WL 2479879, 2019 Tex. App. LEXIS 4851, at *1 (Tex.

App.—Waco June 12, 2019, no pet.) (mem. op.) (dismissing case for failure to file docketing statement).

MATT JOHNSON
Justice

Before Chief Justice Gray,
  Justice Johnson, and
  Justice Smith,
Appeal dismissed
Opinion delivered and filed September 22, 2021
[CV06]

